AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 4:19-SW-131
Records and Information for Snapchat account )
jonny571390 stored and maintained at Snapchat, Inc. at )
2772 Donald Douglas Loop North, Santa Monica, CA )
)

**SEALED**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B1

**YOU ARE COMMANDED** to execute this warrant on or before ____October 18, 2019____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Lawrence R. Leonard, United States Magistrate Judge____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____

Date and time issued: 10/04/2019  4:35 pm

_____
*Judge's signature*

City and state: Norfolk, Virginia     The Honorable Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 4:19-SW- | Date and time warrant executed: 6 October 2019 at 9:30 am | Copy of warrant and inventory left with: Warrant provided to Mr. Morehouse |
|---|---|---|
| Inventory made in the presence of: Special Agent Matthew Miller. | | |

Inventory of the property taken and name(s) of any person(s) seized:

See Attached Evidence/Property Custody Document.

Copy of Inventory was left with Mrs. Morehouse on 8 October 2019. MJR

See Attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9 October 2019

_Executing officer's signature_

Michael J. Roelofs / Special Agent.
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:19-SW-131 | Date and time warrant executed:<br>10/07/2019 6:51 am | Copy of warrant and inventory left with:<br>Provided to SnapChat Inc. |

Inventory made in the presence of :
Snap Chat Inc.

Inventory of the property taken and name of any person(s) seized:

Items received from snapchat zip file containing the following data:

Zip File labeled "Production-54751997-20191111-z9yjg"

Contained within the zip file was the following folder and data contained with the folder:
Folder Labeled:  jonny571390-54751997-1572997579204

Contained within the folder were 22 files:
Excel Spread labeled "chat"
Excel Spread labeled "snap"
Excel Spread labeled "subscriber"
17 .jpg files
2 .mp4 files

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     11/25/2019

_____
Executing officer's signature

Michael J. Roelofs
Printed name and title

# Snap Inc.

November 5, 2019

*Via Electronic Delivery*
michael.j.roelofs.civ@mail.mil

Special Agent Michael Roelofs
US Army CID
27130 Telegraph Rd.
Quantico, VA 22134

**Re: Search Warrant dated October 4, 2019 (Internal Ref. No. 54751997)**

Dear Sir/Madam:

Pursuant to the Search Warrant issued in the above referenced matter, Snap Inc., the maker of the Snapchat App, has conducted a diligent search for documents and information available on Snap Inc.'s systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Stored Communications Act, 18 U.S.C. §§ 2701, et seq.

We understand you have requested information regarding the Snapchat identifier(s) jonny571390, as specified in the Search Warrant. Accompanying this letter is responsive information to the extent reasonably accessible from our systems, and a signed Certificate of Authenticity.

Please be advised that because the Search Warrant does not specify a sufficiently limited date range regarding the requested content, Snap Inc. has produced only that content created within the 365 days preceding the date of the warrant (inclusive). Please contact Snap Inc. Law Enforcement Operations with any questions.

Regards,

John Flores
Snap Inc. Law Enforcement Operations

# Snap Inc.

## Certificate of Authenticity

I hereby certify:

1. I am an authorized agent of Snap Inc. designated to respond to legal process on behalf of Snap Inc. I have authority to submit this affidavit on behalf of Snap Inc. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. Snap Inc. provides Internet-based Services to its subscribers, including the Snapchat App, its free photo, video, and message sharing service.

3. Attached is a true and correct copy of 2 .ZIP file(s) of data associated with the Snapchat identifier(s) jonny571390, with Internal Reference No. 54751997 ("Document") produced in response to a Virginia Search Warrant dated October 4, 2019.

4. The attached Document is a record made and maintained by Snap Inc. The servers Snap Inc. uses record this data automatically at or near the time it is entered or transmitted by the user; this data is kept in the ordinary course of business activity; and it is the regular practice and custom of Snap Inc. to make such a record.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Date: November 5, 2019

_____

John Flores
Custodian of Records